## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 12 - 614**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 24 2012 ★

BROOKLYN OFFICE

**BRODIE, J.**

[illegible], M.J.

1. Title of Case: **United States v. Andrew Goodman**

2. Related Magistrate Docket Number(s): M-12-694

    None ( )

3. Arrest Date: **7/25/2012**

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):  None _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: Brooklyn
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

10. Capital count included?   ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Tyler J. Smith
Assistant U.S. Attorney
718-254-6186

Rev. 3/22/01