

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

TJS  *271 Cadaman Plaza East 5th Floor*
*Brooklyn, New York  11201*

November 29, 2012

**By Hand and ECF**

Michael P. Padden
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:  United States v. Andrew Goodman
           Criminal Docket No. 12-CR-614(MKB)

Dear Mr. Padden:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  This discovery supplements discovery provided on November 14, 2012 (Bates-numbered AG 1 - AG 821).

    Enclosed please find:

- Copies of Credit Reports for the Defendant (Bates-numbered AG 822 to AG 830);

- Copies of documents relating to Passport Inn (Bates-numbered AG 831 to AG 836);

- A copy of records received from Cablevision (Bates-numbered AG 837);

- A copy of the defendant's phone call list from the New York City Department of Correction (Bates-numbered AG 836 to AG 957);

- A copy of records from Sprint PCS relating to telephone number 347-598-7780 (Bates-numbered AG 958 to AG 964);

- A copy of records from T-Mobile relating to Billing Account Number 884837576 (Bates-numbered AG 965 to AG 1012);

- A copy of records from Verizon Wireless relating to telephone number 347-782-3350 (Bates-numbered AG 1013 to AG 1037);

- Copies of four CD-ROMS containing recorded prison telephone calls of the defendant (Bates-numbered AG 1038 to AG 1041).

If you have any questions or further requests, please do not hesitate to contact me.  Please also consider this letter to be the government's request for reciprocal discovery.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

    By: /s/
      Tyler J. Smith
      Assistant U.S. Attorney
      (718) 254-6186

Enclosures

cc: Clerk of Court (MKB) (by ECF & without enclosures)