<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF NEW YORK</u>

<u>BEFORE BRODIE, J.</u>            DATE: 10/16/2015            Time: 12:15-1:15
<u>**CR-12-614-001 (MKB)**</u>

# **CRIMINAL CAUSE FOR SENTENCING**

<u>DEFENDANT NAME:</u>     Andrew Goodman

✓ **Present**     __not present          ✓ **Cust.**           __Bail

<u>DEFENSE COUNSEL:</u>     **Michael Padden**

✓**Present**     __not present          __CJA          __ RET          ✓ **Federal Defenders**

<u>A.U.S.A.</u>:     **Tyler Smith**                    <u>CLERK</u>: Ogoro N. Francis

<u>CR</u>:          Nicole Canales                    U. S. P. O: Agelica Deniz

- CASE CALLED.

- SENTENCING HELD.

- STATEMENTS OF DEFENDANT AND COUNSEL HEARD.

- *DEFENDANT WAS SENTENCED TO COUNT <u>ONE (1)</u> OF THE INDICTMENT.*

SENTENCE TEXT:

The defendant was sentenced to ONE HUNDRED AND TWENTY MONTHS (120). A Supervised Release term of TEN (10) YEARS with Special Conditions. A Mandatory Special Assessment of ONE HUNDRED ($100) DOLLARS. No Fine. No Restitution. Count TWO (2) was dismissed based on a Motion made by the government. The defendant was advised of his Right to Appeal.