## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Taryn A. Merkl                                   DATE: 9/30/25

DOCKET NUMBER: 12CR614(MKB)                                          LOG#: 11:44 – 11:57

DEFENDANT'S NAME: Andrew Goodman
  ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: Michael Padden
  ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A.: Jack Dennehy                              CLERK: Felix Chin

INTERPRETER: _____  (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ✓ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

✓ Bond set at ROR. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.   Start_____ Stop_____

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 10/9/25 @ 11:30 before Judge Brodie

Other Rulings: USPO Darryl Spencer present. Preliminary hearing waived.