**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

January 15, 2026

**By ECF**
The Honorable Margo K. Brodie
Chief Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

### Re: United States v. Andrew Goodman, 12-CR-614 (MKB)

Your Honor:

    This matter is scheduled for a status conference on January 29, 2026. With the consent of AUSA Jack Dennehey, I respectfully request an adjournment of at least a month from that date, as the parties are engaged in efforts to resolve the conditions of my client's supervised release.

    Thank You for Your consideration of this request.

Sincerely,
/s/ Michael Padden
Michael P. Padden, Esq.
Counsel for Andrew Goodman
Federal Defenders of New York Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718.330.1200

cc: AUSA Jack Dennehey