

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JD | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

May 12, 2026

<u>By ECF</u>

Hon. Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

     Re:  United States v. Andrew Goodman
        <u>Crim Dkt. No. 12-614 (MKB)</u>

Dear Judge Brodie:

   The government respectfully writes to request a brief adjournment of the next scheduled appearance on Mau 21, 2026. The undersigned will be out of town between May 20 to 24, 2026. Mr. Goodman is at liberty and his attorney consents to a brief adjournment until mid-June, 2026, to a date convenient to the Court.

         Respectfully submitted,

         JOSEPH NOCELLA, JR.
         United States Attorney

     By:  <u>s/Jack Dennehy</u>
         Jack Dennehy
         Assistant U.S. Attorney
         (718) 254-6133

cc: Ben Yaster, Esq,
  USPO Heather Clark