# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

June 23, 2026

**VIA ECF & EMAIL**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Andrew Goodman*, No. 12-CR-614 (MKB)

Dear Judge Brodie:

I write on behalf of defendant Andrew Goodman, and with the consent of the parties, to request that the status conference scheduled for June 30 be continued July 2, 2026, at 10:30 a.m. I make this request because I am not available on June 30 at the scheduled time. The parties and the Court are all available on the proposed July 2 date.

I than the Court for its consideration of this request.

Respectfully submitted,
/s/ _____
Benjamin Yaster
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
*Counsel for Andrew Goodman*

cc:    Counsel of record (via ECF)
        Heather Clark, Probation Dep't (via email)