June 24, 2026

**Letter of Recommendation**

To Whom It May Concern,

I am writing this letter in strong support of Andrew Goodman, who has served as a Case Manager Supervisor with HelpUSA. I have had the opportunity to work closely with Mr. Goodman and to observe his professional growth, leadership, and unwavering commitment to serving individuals experiencing homelessness.

Mr. Goodman approaches his work with integrity, empathy, and a deep sense of responsibility. In his supervisory role, he consistently demonstrated sound judgment, professionalism, and an ability to support both staff and clients through complex and challenging situations. He is particularly skilled at trauma-informed care, staff development, crisis de-escalation, and maintaining clear boundaries while fostering trust and dignity among the populations he serves.

It is important to acknowledge that as a young individual, Mr. Goodman was convicted of a sexual offense. Since that time, he has taken full accountability for his actions and has worked diligently to change his life. Over the years, I have witnessed his sustained commitment to personal growth, ethical conduct, and compliance with all legal and professional requirements. His actions since that time reflect maturity, responsibility, and a sincere dedication to contributing positively to his community.

What distinguishes Mr. Goodman is the way he has transformed his life experiences into motivation to serve others. He brings compassion without judgment and understands the importance of structure, accountability, and support qualities that are essential when working with vulnerable populations. His passion for serving individuals experiencing homelessness is evident in both his daily work and his advocacy for improved services and outcomes.

I confidently recommend Mr. Goodman for employment with your agency. I believe he will be an asset to any organization committed to meaningful, ethical, and client-centered work. Should you require any additional information, I would be happy to speak further about his qualifications and character.

Sincerely,

Avery Jones, LCSW
Executive Director